IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr118-MHT |
| | ) | (WO) |
| KHIRY DEVON LACEY | ) | |

MENTAL-HEALTH ORDER

In accordance with the provisions in the judgment of conviction entered today, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for a mental-health evaluation of defendant Khiry Devon Lacey by a clinical psychologist, within 30 days of the beginning of supervision, which should be sufficiently comprehensive and in-depth, and done by someone with the sufficient mental-health credentials, to: (a) identify and recommend appropriate treatment for any mental illnesses, substance-abuse disorders, and cognitive and intellectual disabilities; (b) identify and give an official DSM diagnoses if warranted; and (c) recommend an appropriate plan for

mental-health and/or substance-abuse counseling, including recommendations as to how defendant Lacey can develop skills to cope with life stressors without resorting to the use of drugs.

(2) File a report of the mental-health and substance-abuse evaluation under seal with the court within 60 days of the beginning of supervision.

(3) Arrange for a comprehensive vocational assessment, to be completed and filed with the court within 60 days of the beginning of supervision.

Aside from those listed in the judgment of conviction, other provisions of defendant Lacey's supervised release are left open at this time.

DONE, this the 27th day of January, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**